UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MELINDA MITCHELL**　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　**NO. 13-820-JWD-RLB**

**UNIVERSITY OF LOUISIANA SYSTEM,**
**UNIVERSITY OF LOUISIANA AT MONROE**

## ORDER

Before the court is a request by Defendants for a status conference on the court's April 7, 2015, Order (R. Doc. 52). Defendants seek clarification on the court's ruling "with regard to the audio recordings to the extent that they are responsive to the interrogatories as identified in plaintiff's opposition."[1] Plaintiff does not join Defendants' request for a status conference or for clarification.[2] The instant Order supplements the court's previous Order solely with regard to Interrogatory No. 5.

In light of Defendants' request, the court has reviewed its April 7, 2015 Order. The court's previous Order sufficiently addresses all interrogatory responses raised in Defendants' Motion to Compel (R. Doc. 21), or otherwise discussing specific recordings found on the produced hard drive, with the exception of Interrogatory No. 5. (*See* R. Doc. 52 at 12-19).[3] The

---

[1] The April 22, 2015, communication from defense counsel requesting the status conference is attached to this Order as Exhibit A.
[2] The April 23, 2015, communication from defense counsel clarifying plaintiff's position is attached to this order as Exhibit B.
[3] Defendants' Motion to Compel does not specifically identify an issue with regard to Plaintiff's response to Interrogatory No. 5. Nevertheless, Defendants' Motion requests the court "to order plaintiff to identify, with specificity any and all responsive audio recordings by date and time-stamp." (R. Doc. 21 at 17). Furthermore, Defendants raised the issue of the sufficiency of Plaintiff's response to Interrogatory No. 5 at oral argument held on April 1, 2015. The court finds that Defendants timely and sufficiently raised the issue of whether Plaintiff's response to Interrogatory No. 5. Even if Defendants had not timely raised this issue in the Motion to Compel, the court finds good cause to consider this specific discovery issue at this time.

court's previous Oder does not address whether and to what extent Plaintiff must supplement her written response to Interrogatory No. 5. (*See* R. Doc. 52 at 12-13).

The interrogatory and response at issue are as follows:

**INTERROGATORY NO. 5:**

If any statements, recordings, or video tape have been taken from/of any witnesses or persons concerning the facts of or damages referenced in the Petition, please state the date and place each statement, recording, or video was taken, the name and address of the party having custody of each statement, recording, or video and subject, person(s) taking and any/all person(s) present when each statement, recording, or video was taken.

**ANSWER TO INTERROGATORY NO. 5:**

Investigator meeting with Robert Hanser and Mkay Bonner concerning age discrimination complaint was recorded on March 27, 2013 in SUB 163, ULM. Persons present: Robert Hanser, MKay Bonner and Melinda Mitchell.

Investigator meeting with Robert Hanser and MKay Bonner concerning retaliation complaint was recorded on July 22, 2013 in SUB 163, ULM. Persons present: Robert Hanser, MKay Bonner and Melinda Mitchell.

Recordings from January 2013 to December 2014. ULM campus, multiple locations. Multiple persons present.

(R. Doc. 21-2 at 6; R. Doc. 21-9 at 3). In her response, Plaintiff identifies two specific recordings on the produced hard drive and index without further detail. Plaintiff also includes a broad catch-all response, however, vaguely identifying any number of additional recordings over the course of two years involving unidentified individuals.

A party responding to an interrogatory has the option to produce business records. *See* Fed. R. Civ. P. 33(d). The responding party must, however, specify "the records that must be reviewed . . . in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could." Fed. R. Civ. P. 33(d)(1). Plaintiff's catch-all response does not provide sufficient detail to allow Defendants to identify the responsive recordings. To

the extent the hard drive of audio files produced by Plaintiff contains additional recordings responsive to Interrogatory No. 5, Plaintiff must identify those recordings and provide sufficient detail to allow Defendants to locate the recordings on the hard drive.

The court notes that Plaintiff has been provided sufficient time to identify specific recordings responsive to Interrogatory No. 5, which was propounded on December 31, 2014. (R. Doc. 21-2 at 24). Although plaintiff's counsel represented at oral argument that she did not learn of the recordings until January 25, 2015, that fact does not relieve Plaintiff from responding in full to Interrogatory No. 5 and supplementing her responses. Plaintiff created the recordings at issue and is the best source for identifying which, if any, recordings are responsive to Interrogatory No. 5.

In conclusion, the court will order Plaintiff to identify any additional recordings responsive to Interrogatory No. 5 and provide Defendants with specific information (including names, dates, and locations) so that Defendants may locate those recordings on the hard drive and index produced by Plaintiff. If the two specific recordings identified by Plaintiff in response to Interrogatory No. 5 are the only responsive recordings, then Plaintiff must inform Defendants of her position.

**IT IS ORDERED** that Plaintiff shall supply Defendants with supplemental responses to Interrogatory No. 5 as detailed in this order no later than **May 8, 2015.**

**IT IS FURTHER ORDERED** that if this supplemental Order does not resolve the issues raised by Defendants' request for a status conference, Defendant may renew its request by contacting chambers.

Signed in Baton Rouge, Louisiana, on April 23, 2015.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
Post Office Drawer 4425
Baton Rouge, LA 70821

AMY L. MCINNIS

Writer's Contact Information:
amym@scwllp.com

Main Telephone: (225) 346-1461
Fax: (225) 346-1467

# FAX TRANSMISSION

| | | |
|---|---|---|
| **TO:** | Magistrate Judge Richard L. Bourgeois, Jr. | (225)389-3603 |
| | Jill Craft | (225)663-2613 |
| **FROM:** | Shows, Cali & Walsh, LLP | (225) 346-1467 |
| **DATE:** | April 22, 2015 | |
| **Re:** | *Melinda Mitchell v. University of Louisiana System, et al.* #13-CV-820; U.S. District Court; Middle District of Louisiana | |
| **PAGES:** | 2 , including this cover sheet | |

CONFIDENTIALITY NOTICE: The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via United States mail.

Thank you.

**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
Post Office Drawer 4425
Baton Rouge, LA 70821

AMY L. MCINNIS

Writer's Contact Information:
amym@scwllp.com

Main Telephone: (225) 346-1461
Facsimile: (225) 346-1467

April 22, 2015

Honorable Richard L. Bourgeois, Jr.
U.S. District Court Magistrate Judge
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801
*VIA FACSIMILE (225) 389-3603*

  *Re: Melinda Mitchell v. University of Louisiana System, et al.*
    *#13-CV-820; U.S. District Court; Middle District of Louisiana*

Dear Magistrate Judge Bourgeois:

  In reviewing the court's April 7, 2015 order on the multiple discovery motions filed in this matter, defendant believes that the issues surrounding plaintiff's mass production of audio files do not appear to have been ruled upon. Defendant has contacted plaintiff's counsel about this matter and, although plaintiff's counsel is amenable to re-visiting the subject, there is apparently a difference in opinion as to how to interpret the ruling in the context of the audio files.

  Defendant therefore requests a status conference to clarify the ruling with regard to the audio recordings to the extent that they are responsive to the interrogatories as identified in plaintiff's opposition.

  At your earliest convenience, please provide me with dates on which you would be available to hold a status conference so that I may confer with plaintiff's counsel to pick a mutually agreeable date. .

           Sincerely,

           **SHOWS, CALI & WALSH, L.L.P.**

           */s/ Amy L. McInnis*

           Amy L. McInnis

cc: Jill Craft

# EXHIBIT B

## SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
Post Office Drawer 4425
Baton Rouge, LA 70821

AMY L. MCINNIS

Writer's Contact Information:
amym@scwllp.com

Main Telephone: (225) 346-1461
Fax: (225) 346-1467

# FAX TRANSMISSION

| | | |
|---|---|---|
| TO: | Magistrate Judge Richard L. Bourgeois, Jr. | (225)389-3603 |
| | Jill Craft | (225)663-2613 |
| FROM: | Shows, Cali & Walsh, LLP | (225) 346-1467 |
| DATE: | April 23, 2015 | |
| Re: | *Melinda Mitchell v. University of Louisiana System, et al.* #13-CV-820; U.S. District Court; Middle District of Louisiana | |

PAGES: __2__, including this cover sheet

**CONFIDENTIALITY NOTICE:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via United States mail.

Thank you.

**SHOWS, CALI & WALSH, LLP**
628 St. Louis Street (70802)
Post Office Drawer 4425
Baton Rouge, LA 70821

**AMY L. MCINNIS**

Writer's Contact Information:
amym@scwllp.com

Main Telephone: (225) 346-1461
Facsimile: (225) 346-1467

April 23, 2015

Honorable Richard L. Bourgeois, Jr.
U.S. District Court Magistrate Judge
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801
***VIA FACSIMILE (225) 389-3603***

    ***Re:***    ***Melinda Mitchell v. University of Louisiana System, et al.***
            ***#13-CV-820; U.S. District Court; Middle District of Louisiana***

Dear Magistrate Judge Bourgeois:

    Please allow this to clarify our request of yesterday's date for a status conference in the above-referenced matter.

    In stating that we have contacted plaintiff's counsel regarding defendant's request for a status conference, it has come to our attention that we may have inadvertently misstated plaintiff's position; please allow this to serve as our correction.

    After our letter to the Court yesterday afternoon, Ms. Craft indicated that plaintiff does not share in our position or desire for clarification of the court's ruling, or lack thereof, as to the audio recordings. It is this disagreement in how the audio recordings should be treated under the court's April 7, 2015 ruling that necessitates the requested status conference.

    We apologize to the Court and to plaintiff's counsel for any confusion, as we do not wish to mischaracterize plaintiff's position nor do we intend to mislead this tribunal in any regard whatsoever.

                    Sincerely,

                    SHOWS, CALI & WALSH, L.L.P.

                    Amy L. McInnis

cc: Jill Craft